UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOOKER T. HILLERY,<br><br>        Plaintiff,<br><br>   v.<br><br>JENNIFER BARRETTO, et al.,<br><br>        Defendants. | No. 2:17-cv-0191 AC P<br><br><br>ORDER |

Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

By an order filed June 16, 2017, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. ECF No. 7. On July 12, 2017, plaintiff submitted the copies of the complaint but failed to submit the summons and completed USM-285 forms with defendants' names and addresses. ECF No. 10.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to return the USM-285 forms for completion and sent plaintiff a blank summons with the instructions for service; and

2. Within thirty days, plaintiff shall submit to the court the summons and completed USM-285 forms required to effect service. Failure to return the copies within the specified time

1

period may result in a recommendation that this action be dismissed without prejudice for failure to prosecute.

DATED: July 14, 2017

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE